# MWL
**MATTHIESEN, WICKERT & LEHRER, S.C.**
— ATTORNEYS AT LAW —

101 W. Robert E. Lee Blvd.
Suite 401
New Orleans, LA 70124

☎ (800) 637-9176
📠 (262) 673-3766
🌐 www.mwl-law.com

January 17, 2020

**VIA CERTIFIED MAIL, RRR**
**7018 3090 0002 1751 4705**
Corporation Service Company
Registered agent for Hyster-Yale Materials Handling, Inc.
251 Little Falls Drive
Wilmington, DE 19808

    Re:    Nationwide Agribusiness, et al v. Hyster Yale Group Inc., et al
            15th JDC Case No. C-20200004 B

To Whom It May Concern:

    Please be advised that you have been sued in the State of Louisiana in the 15th Judicial District Court for the Parish of Lafayette, Docket No. C-20200004 B, entitled Nationwide Agribusiness Insurance Company v. Hyster Yale Group, Inc., *et al*. Enclosed please find a Citation and Petition for Damages. You are hereby served under the Louisiana Long Arm Statute, Louisiana Revised Statute 13:3201.

                                         Regards,

                                         MATTHIESEN, WICKERT & LEHRER, S.C.

*[signature: Katy Ohlsson]*

Katy S. Ohlsson
Paralegal
kohlsson@mwl-law.com

Enclosure

EXHIBIT A

Hartford, Wisconsin | New Orleans, Louisiana | Santa Ana, California | Austin, Texas

LAFPC.CV.58618695
cc_etwescott

Ordered by Atty.: JAMES T. BUSENLENER

# CITATION
(LONG ARM STATUTE)

| | |
|---|---|
| NATIONWIDE AGRIBUSINESS INSURANCE CO, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20200004 B |
| HYSTERYALE GROUP INC, ET AL | PARISH OF LAFAYETTE, LOUISIANA |

STATE OF LOUISIANA

TO: HYSTER-YALE MATERIALS HANDLING, INC.
THROUGH LOUISIANA'S LONG ARM STATUTE,
LA. R.S. 13:3201,ET SEQ. AT:
CORPORATION SERVICE COMPANY
REGISTERED AGENT FOR HYSTER-YALE MATERIALS HANDLING, INC.
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

**THROUGH THE LOUISIANA LONG-ARM STATUTE**

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within thirty (30) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.
Witness the Honorable Judges of said Court, this JANUARY 9, 2020.

*[signature]*
Deputy Clerk of Court
Lafayette Parish

\*Attached are the following documents:
**FAXED AND ORIGINAL PETITION FOR DAMAGES**

EXHIBIT A

A TRUE COPY ATTEST
Lafayette, LA. 1-9-2020
*[signature]*
DY. CLERK OF COURT

**15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE**

**STATE OF LOUISIANA**

NO. 20206004     New Suit     DIVISION "B"

DIV. "B"

**NATIONWIDE AGRIBUSINESS INSURANCE COMPANY**
a/s/o Michael Melancon

**v.**

**HYSTER-YALE GROUP, INC., HYSTER-YALE MATERIALS HANDLING, INC., NACCO MATERIALS HANDLING GROUP, INC., and DEEP SOUTH EQUIPMENT COMPANY**

INDEXED

FILED BY: _____     DEPUTY CLERK: _____

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Nationwide Agribusiness Insurance Company, as subrogee of Michael Melancon, and further avers as follows:

**I.**

a. Nationwide Agribusiness Insurance Company is a foreign insurer licensed to do and doing business in the State of Louisiana.

b. Defendant, Hyster-Yale Group, Inc., is a foreign corporation, doing business in Louisiana, whose products are sold in Louisiana and intended to enter into the stream of commerce in Louisiana.

c. Defendant, Hyster-Yale Materials Handling, Inc., is a foreign corporation, doing business in Louisiana, whose products are sold in Louisiana and intended to enter into the stream of commerce in Louisiana.

d. Defendant, NACCO Materials Handling Group, Inc., is a foreign corporation, doing business in Louisiana, whose products are sold in Louisiana and intended to enter into the stream of commerce in Louisiana.

e. Defendant, Deep South Equipment Company, is a Louisiana corporation licensed to do and doing business in Louisiana including in Lafayette Parish.

**II.**

At all material times, Michael Melancon, was an employee of Schilling Distributing Company, LLC, engaged in operating a Hyster B60 ZAC pallet jack at the business

Page | 1– PETITION FOR DAMAGES     EXHIBIT A / FAX

premises of Schilling Distributing Company, LLC, located at 2901 Moss Street, Lafayette, Louisiana.

### III.

At all material times, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., were the designer, manufacturer, and/or seller of Hyster brand material handling equipment in the United States, including the Hyster B60 ZAC pallet jack at issue.

### IV.

At all material times, Defendant, Deep South Equipment Company, was an authorized dealer for Hyster branded material handling equipment and sold the Hyster B60 ZAC pallet jack to Schilling Distribution Company, LLC in 2013. Additionally, Deep South Equipment Company, maintained and performed repairs upon the Hyster B60 ZAC pallet jack at issue prior to this loss.

### V.

On January 4, 2019, Michael Melancon was riding on the Hyster B60 ZAC pallet jack, Serial Number B230N04676L, when he was abruptly thrown to the ground when the pallet jack brakes were activated and the pallet jack suddenly and without warning stopped, due to no fault or action by Michael Melancon.

### VI.

When the pallet jack suddenly stopped, Michael Melancon was violently thrown to the ground and sustained a hip injury which subsequently required surgery.

### VII.

Due to either the design and/or manufacturer of the pallet jack or due to repairs performed on the pallet jack prior to January 4, 2019 by Deep South Equipment Company, the pallet's wiring was improperly routed, causing the wiring to become pinched and/or severed which ultimately led to the sudden and unexpected braking of the pallet jack.

### VIII.

When the Hyster B60 ZAC pallet jack was placed in the stream of commerce, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., failed to exercise that degree of expertise reasonably expected of

EXHIBIT A

    c. Failure to comply with express or implied warranties of fitness for use in industrial spaces;

    d. Failure to assure that the pallet jack in question met the safety needs of the work environment for which it was supplied;

    e. Improper repair of the pallet jack and improper routing of the brake wiring which caused the wiring to become damaged or severed and which caused the sudden and unexpected braking of the vehicle; and

    f. Such further and other acts of neglect, fault, omission, or commission to be proven at the trial of this cause.

### XXIII.

As a result of the aforementioned acts of negligence by Defendants, Nationwide Agribusiness Insurance Company has paid Louisiana worker's compensation medical and indemnity benefits to and on behalf of Michael Melancon, which it would not have otherwise paid, in the current amount of $105,211.44.

### XXIV.

Pursuant to the policy of insurance and La. Rev. Stat. 23:1101, *et. seq.*, Nationwide Agribusiness Insurance Company has a right of subrogation, recovery and reimbursement to recover all worker's compensation benefits paid in the past and in the future as a result of the Defendants' negligence, from Defendants herein. Nationwide Agribusiness Insurance Company also has a statutory right to recover any workers' compensation benefits it may be required to pay Michael Melancon in the future from Defendants.

**WHEREFORE**, Plaintiff, Nationwide Agribusiness Insurance Company, prays for relief, as follows:

(1)    For judgment against Plaintiff, Michael Melancon, and Defendants, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., Deep South Equipment Company, jointly and *in solido*, in compensation for the damages alleged in such amounts as the trier of fact may determine to be fair and reasonable under the circumstances;

(2)    For taxable costs and legal interest on all of the amounts prayed for above, from date of judicial demand until paid; and

(3)    For such further and other relief as justice and equity may warrant under the circumstance.

EXHIBIT A

Respectfully submitted,

**MATTHIESEN, WICKERT & LEHRER, S.C.**

_____
JAMES T. BUSENLENER (LA BAR #22284)
LAUREN M. DAVIS (LA BAR #34669)
101 W. Robert E. Lee Blvd., Ste. 401
New Orleans, LA 70124
(262) 673-7850 Phone
(262) 673-3766 Fax
jbusenlener@mwl-law.com
Attorneys for Plaintiff,
Nationwide Agribusiness Insurance Company,
a/s/o Michael Melancon

**PLEASE SERVE:**

**HYSTER-YALE GROUP, INC.**
Through its registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**HYSTER-YALE MATERIALS HANDLING, INC.**
Through Louisiana's Long Arm Statute, La. R.S. 13:3201, et seq. at:
Corporation Service Company
Registered agent for Hyster-Yale Materials Handling, Inc.
251 Little Falls Drive
Wilmington, DE 19808

**NACCO MATERIALS HANDLING GROUP, INC.**
Through its registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**DEEP SOUTH EQUIPMENT COMPANY**
Through its registered agent:
John Moffett Parsons
6851 Greenwood Road
Shreveport, LA 71119

A TRUE COPY ATTEST
Lafayette, LA. 1-9-2020
_Elizabeth J. Wescott_
DY. CLERK OF COURT

FAX FILED THIS 2
DAY OF Jan 2020
_Elizabeth J. Wescott_
Deputy Clerk of court

Page | 5– PETITION FOR DAMAGES

EXHIBIT A



# 15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

NO. _____                                    DIVISION "___"

### NATIONWIDE AGRIBUSINESS INSURANCE COMPANY
### a/s/o Michael Melancon

v.

### HYSTER-YALE GROUP, INC., HYSTER-YALE MATERIALS HANDLING, INC., NACCO MATERIALS HANDLING GROUP, INC., and DEEP SOUTH EQUIPMENT COMPANY

FILED BY: _____      DEPUTY CLERK: _____

## REQUEST FOR NOTICE

Plaintiff, Nationwide Agribusiness Insurance Company, as subrogee of Michael Melancon, requests that it receive notice of all hearing dates, trial dates, and all orders from the Court, pursuant to La. C.C.P. Art. 1572.

Respectfully submitted,

MATTHIESEN, WICKERT & LEHRER, S.C.

_____
JAMES T. BUSENLENER (LA BAR #22284)
LAUREN M. DAVIS (LA BAR #34669)
101 W. Robert E. Lee Blvd., Ste. 401
New Orleans, LA 70124
(262) 673-7850 Phone
(262) 673-3766 Fax
jbusenlener@mwl-law.com
Attorneys for Plaintiff,
Nationwide Agribusiness Insurance Company,
a/s/o Michael Melancon

A TRUE COPY ATTEST
Lafayette, LA. 1-9-2020
_____
DY. CLERK OF COURT

FAX FILED THIS 2
DAY OF Jan, 20 20
_____ EXHIBIT A
Deputy Clerk of court

## 15th JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE

## STATE OF LOUISIANA

NO. 2020 0004                                   DIVISION "B"

### NATIONWIDE AGRIBUSINESS INSURANCE COMPANY
a/s/o Michael Melancon

v.

### HYSTER-YALE GROUP, INC., HYSTER-YALE MATERIALS HANDLING, INC., NACCO MATERIALS HANDLING GROUP, INC., and DEEP SOUTH EQUIPMENT COMPANY

FILED BY: _____   DEPUTY CLERK: _____

### PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Nationwide Agribusiness Insurance Company, as subrogee of Michael Melancon, and further avers as follows:

I.

a.   Nationwide Agribusiness Insurance Company is a foreign insurer licensed to do and doing business in the State of Louisiana.

b.   Defendant, Hyster-Yale Group, Inc., is a foreign corporation, doing business in Louisiana, whose products are sold in Louisiana and intended to enter into the stream of commerce in Louisiana.

c.   Defendant, Hyster-Yale Materials Handling, Inc., is a foreign corporation, doing business in Louisiana, whose products are sold in Louisiana and intended to enter into the stream of commerce in Louisiana.

d.   Defendant, NACCO Materials Handling Group, Inc., is a foreign corporation, doing business in Louisiana, whose products are sold in Louisiana and intended to enter into the stream of commerce in Louisiana.

e.   Defendant, Deep South Equipment Company, is a Louisiana corporation licensed to do and doing business in Louisiana including in Lafayette Parish.

II.

At all material times, Michael Melancon, was an employee of Schilling Distributing Company, LLC, engaged in operating a Hyster B60 ZAC pallet jack at the business

EXHIBIT A

premises of Schilling Distributing Company, LLC, located at 2901 Moss Street, Lafayette, Louisiana.

**III.**

At all material times, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., were the designer, manufacturer, and/or seller of Hyster brand material handling equipment in the United States, including the Hyster B60 ZAC pallet jack at issue.

**IV.**

At all material times, Defendant, Deep South Equipment Company, was an authorized dealer for Hyster branded material handling equipment and sold the Hyster B60 ZAC pallet jack to Schilling Distribution Company, LLC in 2013. Additionally, Deep South Equipment Company, maintained and performed repairs upon the Hyster B60 ZAC pallet jack at issue prior to this loss.

**V.**

On January 4, 2019, Michael Melancon was riding on the Hyster B60 ZAC pallet jack, Serial Number B230N04676L, when he was abruptly thrown to the ground when the pallet jack brakes were activated and the pallet jack suddenly and without warning stopped, due to no fault or action by Michael Melancon.

**VI.**

When the pallet jack suddenly stopped, Michael Melancon was violently thrown to the ground and sustained a hip injury which subsequently required surgery.

**VII.**

Due to either the design and/or manufacturer of the pallet jack or due to repairs performed on the pallet jack prior to January 4, 2019 by Deep South Equipment Company, the pallet's wiring was improperly routed, causing the wiring to become pinched and/or severed which ultimately led to the sudden and unexpected braking of the pallet jack.

**VIII.**

When the Hyster B60 ZAC pallet jack was placed in the stream of commerce, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., failed to exercise that degree of expertise reasonably expected of

EXHIBIT A

manufacturers in the design and testing of the routing of wiring and the braking characteristic for the pallet jack in question.

### IX.

Alternatively, when the Hyster B60 ZAC pallet jack was placed in the stream of commerce, the vehicle contained manufacturing and construction deficiencies that failed to comply with the design and manufacturing specifications for the routing of wiring and braking characteristics for the vehicle in question.

### X.

If the Hyster B60 ZAC pallet jack had been properly designed, manufactured or repaired by defendants, it would not have suddenly and unexpectedly stopped and would not have thrown Michael Melancon off of the vehicle onto the ground, directly causing his injuries.

### XI.

The accident and serious injuries to Michael Melancon were due to the fault, neglect, omission or commission of Defendants, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., in the following non-exclusive particulars:

   a. Failure to design a reasonably safe product;

   b. Failure to warn of hazards of which it either knew or should have known;

   c. Failure to comply with express or implied warranties of fitness for use in industrial spaces;

   d. Failure to assure that the routing of the wiring and the braking characteristics of the vehicle met government, industry, and internal manufacturing standards; and

   e. Such further and other acts of neglect, fault, omission, or commission as can be proven at the trial of this cause.

### XXII.

The accident and serious injuries to Michael Melancon were due to the fault, neglect, omission, or commission of Defendant, Deep South Equipment Company, in the following non-exclusive particulars:

   a. Failure to provide a reasonably safe product for the work environment;

   b. Failure to warn of hazards for which it either knew or should have known;

EXHIBIT A

c. Failure to comply with express or implied warranties of fitness for use in industrial spaces;

d. Failure to assure that the pallet jack in question met the safety needs of the work environment for which it was supplied;

e. Improper repair of the pallet jack and improper routing of the brake wiring which caused the wiring to become damaged or severed and which caused the sudden and unexpected braking of the vehicle; and

f. Such further and other acts of neglect, fault, omission, or commission to be proven at the trial of this cause.

### XXIII.

As a result of the aforementioned acts of negligence by Defendants, Nationwide Agribusiness Insurance Company has paid Louisiana worker's compensation medical and indemnity benefits to and on behalf of Michael Melancon, which it would not have otherwise paid, in the current amount of $105,211.44.

### XXIV.

Pursuant to the policy of insurance and La. Rev. Stat. 23:1101, *et. seq.*, Nationwide Agribusiness Insurance Company has a right of subrogation, recovery and reimbursement to recover all worker's compensation benefits paid in the past and in the future as a result of the Defendants' negligence, from Defendants herein. Nationwide Agribusiness Insurance Company also has a statutory right to recover any workers' compensation benefits it may be required to pay Michael Melancon in the future from Defendants.

**WHEREFORE**, Plaintiff, Nationwide Agribusiness Insurance Company, prays for relief, as follows:

(1) For judgment against Plaintiff, Michael Melancon, and Defendants, Hyster-Yale Group, Inc., Hyster-Yale Materials Handling, Inc., and/or NACCO Materials Handling Group, Inc., Deep South Equipment Company, jointly and *in solido*, in compensation for the damages alleged in such amounts as the trier of fact may determine to be fair and reasonable under the circumstances;

(2) For taxable costs and legal interest on all of the amounts prayed for above, from date of judicial demand until paid; and

(3) For such further and other relief as justice and equity may warrant under the circumstance.

EXHIBIT A

Respectfully submitted,

MATTHIESEN, WICKERT & LEHRER, S.C.

_____
JAMES T. BUSENLENER (LA BAR #22284)
LAUREN M. DAVIS (LA BAR #34669)
101 W. Robert E. Lee Blvd., Ste. 401
New Orleans, LA 70124
(262) 673-7850 Phone
(262) 673-3766 Fax
jbusenlener@mwl-law.com
Attorneys for Plaintiff,
Nationwide Agribusiness Insurance Company,
a/s/o Michael Melancon

**PLEASE SERVE:**

**HYSTER-YALE GROUP, INC.**
Through its registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**HYSTER-YALE MATERIALS HANDLING, INC.**
Through Louisiana's Long Arm Statute, La. R.S. 13:3201, et seq. at:
Corporation Service Company
Registered agent for Hyster-Yale Materials Handling, Inc.
251 Little Falls Drive
Wilmington, DE 19808

**NACCO MATERIALS HANDLING GROUP, INC.**
Through its registered agent:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**DEEP SOUTH EQUIPMENT COMPANY**
Through its registered agent:
John Moffett Parsons
6851 Greenwood Road
Shreveport, LA 71119

P a g e | 5– PETITION FOR DAMAGES

FILED THIS ___ DAY OF _____, 20___  EXHIBIT A
TRUE COPY ATTEST, LAFAYETTE, LA
_____
Deputy Clerk of Court

Matthiesen, Wickert & Lehrer, S.C.
101 W. Robert E. Lee Blvd, Ste. 401
New Orleans, LA 70124



7018 3090 0002 1751 4705

$7.75
US POSTAGE
FIRST-CLASS
70124 JAN 17 2020

stamps
endicia

Corporation Service Company
Registered Agent For Hyster-yale Materia
251 Little Falls Drive
Wilmington DE 19808-1674

EXHIBIT A